```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| DARRYL R. CHAMBERS, | |
| Plaintiff, | 4:19CV3047 |
| v. | |
| DELA CRUZ, Case Manager, Tecumseh State Prison, SCOTT FRAKES, Director, COLEMAN, Case Manager, Nebraska State Prison, AMANDA CHADWICK, Unit Manager, ZAMORA, Case Manager, CROWDER, Case Manager, CATHY SHEIR, Warden, SHERWOOD, Case Manager, All employed at Lincoln Correctional Center, HANSEN, Warden, ATHENA THOMAS, Unit Administrator, HARDY, Property Officer, and PAM HILLMAN, Discipline Chair Person, All Employed at Tecumseh Correctional Center, | **ORDER** |
| Defendants. | |

IT IS ORDERED:

1. With thanks for accepting the appointment, Mr. Joshua D. Barber and the law firm of Barber & Barber, PC LLO, are hereby appointed to represent Plaintiff Darryl R. Chambers in this matter.[1]

---

[1] I have been authorized by the Chief Judge to appoint counsel pursuant to the [Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice Committee](#).

2. Mr. Barber and/or any other counsel from the law firm of Barber & Barber, PC LLO, are directed to promptly enter their appearance as counsel in this case.

3. Upon entry of counsel's appearance in CM/ECF, the Clerk of Court shall immediately pay from the Federal Practice Fund the sum of $1,000 to the law firm of Barber & Barber, PC LLO.

4. A second and last installment of $1,000 shall become due and payable to the law firm of Barber & Barber, PC LLO, upon the entry of judgment or other closing documents in the case.

5. Subject to the prior approval of the court, counsel may incur reasonable expenses when representing Plaintiff in accordance with the Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice Committee.[2] *See also* [NEGenR 1.7(g)](#) and [NECivR 54.3-54.4](#).

6. Should Plaintiff succeed and counsel be awarded attorney fees and expenses that exceed $2,000 plus expenses, counsel shall reimburse the Federal Practice Fund for the fees and expenses paid from the fund.

7. At the direction of the court, this case will remain on the pro se docket for purposes of initial review of Plaintiff's amended complaint. Following such review, the court will issue an order that this case be removed from the pro se docket and reassigned to another judge according to the normal operating procedures of the court in such cases.

8. Counsel for Plaintiff is initially appointed to prepare and file an amended complaint by August 22, 2019, that states a claim upon which relief may be granted as to Defendants Hardy and Hillman. Should this case eventually proceed to trial, counsel

---

[2] http://www.ned.uscourts.gov/internetDocs/pom/crtplans/fedpract.pdf.

is obligated to continue to represent Plaintiff. The appointment will not extend to any appeal after trial.

DATED this 23rd day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge