IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARRYL R. CHAMBERS,<br><br>Plaintiff,<br><br>vs.<br><br>DELA CRUZ, Case Manager, Tecumseh State Prison, All employed at Lincoln Correctional Center; SCOTT FRAKES, Director, All employed at Lincoln Correctional Center; CATHY SHEIR, Warden, All employed at Lincoln Correctional Center; SHERWOOD, Case Manager, All employed at Lincoln Correctional Center; HARDY, Corporal, All employed at Tecumseh Correctional Center; PAM HILLMAN, All Employed at Tecumseh Correctional Center; JOHN DOE NOS. 1-5, and CRAIG GABLE, Warden;<br><br>Defendants. | 4:19CV3047<br><br>ORDER |

This matter is before the Court on the Motion to Withdraw as Counsel for Plaintiff and for Order Directing Payment (Filing No. 165). Having considered the matter,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel for Plaintiff and for Order Directing Payment (Filing No. 165) is granted.

2. Joshua Barber and the law firm of Barber & Barber, P.C., L.L.O. are terminated as counsel of record.

3. The Clerk of Court shall pay the second and last installment of $1,000.00 to the law firm of Barber & Barber P.C., L.L.O. from the Federal Practice Fund.

Dated this 20th day of December, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge